**Glennie FULMORE, Plaintiff—Appellant,**

v.

**Gordon R. ENGLAND, Secretary Department of the Navy Agency, Defendant—Appellee.**

No. 09–1766.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 19, 2009.

Glennie Fulmore, Appellant Pro Se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glennie Fulmore appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Fulmore v. England,* No. 2:09–cv–00075–PMD, 2009 WL 1617079 (D.S.C. June 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*